IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01341-CMA-STV

WALDO MACKEY,

    Plaintiff,

v.

BRIDGETTE WATSON, and
SUSAN PRIETO,

    Defendants.

---

**ORDER AFFIRMING THE MARCH 21, 2019 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

---

This matter is before the Court on the Recommendation by United States Magistrate Judge Scott T. Varholak (Doc. # 219), wherein he recommends that this Court deny Plaintiff Waldo Mackey's Motion for a Temporary Restraining Order (Doc. # 147). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 219 at 9 n.6.) Despite this advisement, no objections to the Recommendation have been filed. "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection,

the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Varholak and all relevant pleadings and legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge Varholak (Doc. # 219) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Plaintiff's Motion for a Temporary Restraining Order (Doc. # 147) is DENIED.

DATED: April 11, 2019

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge