IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01341-CMA-STV

WALDO MACKEY,

    Plaintiff,

v.

BRIDGETTE WATSON and
SUSAN PRIETO,

    Defendants.

_____

### PLAINTIFF WALDO MACKEY'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
_____

Plaintiff Waldo Mackey, by and through undersigned counsel, hereby files this Motion for Withdrawal and Substitution of Counsel pursuant to D.C.COLO.LAttR 5(b).

Mr. Mackey requests that attorney V. William Scarpato III of Wheeler Trigg O'Donnell, LLP be withdrawn as counsel of record. Good cause exists for this motion because, as of April 30, 2020, Mr. Scarpato will no longer work at the firm of Wheeler Trigg O'Donnell LLP.

In addition, Mr. Mackey requests that attorney Kristen L. Ferries with Wheeler Trigg O'Donnell LLP be substituted as his counsel of record and is filing Ms. Ferries' Entry of Appearance concurrently with this motion. Kevin Homiak of Homiak Law LLC will remain as counsel for Mr. Mackey in addition to Ms. Ferries. Mr. Mackey has been notified and has approved of this substitution of counsel.

Dated: April 28, 2020.

Respectfully submitted,

*s/ Kristen L. Ferries*
V. William Scarpato, III, Esq.
Kristen L. Ferries, Esq.
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Tel:  (303) 244-1800
Fax:  (303) 244-1879
Email: scarpato@wtotrial.com
ferries@wtotrial.com


*s/ Kevin D. Homiak*
Kevin D. Homiak, Esq
Homiak Law LLC
3900 E. Mexico Ave, Suite 820
Denver, CO 80210
Tel: (505) 385-2614
Email: kevin@homiaklaw.com

*Attorneys for Plaintiff Mr. Waldo Mackey*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on April 28, 2020, I electronically filed the foregoing **PLAINTIFF WALDO MACKEY'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Edmund Martin Kennedy**
  kennedye@hallevans.com, marionn@hallevans.com, cmecf@hallevans.com, wilsonm@hallevans.com

- **Andrew David Ringel**
  ringela@hallevans.com, marionn@hallevans.com, cmecf@hallevans.com, walkerr@hallevans.com, tamborelloa@hallevans.com


*s/ Kristin L. Ferries*

3