IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01341-CMA-STV

WALDO MACKEY,

    Plaintiff,

v.

BRIDGETTE WATSON, and
SUSAN PRIETO,

    Defendants.

_____

## DEFENDANTS' NOTICE OF APPEAL
_____

    Defendants Bridgette Watson and Susan Prieto, by and through their counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., pursuant to Fed. R. App. P. 4(a)(1)(A) and Fed. R. App. P. 4(a)(4)(A), hereby respectfully submit this Notice of Appeal.

    1.    With respect to the District Court's post-trial rulings, Defendants are appealing the District Court's Order Denying Defendants' Motion for Remittitur, or in the Alternative, a New Trial on Punitive Damages; Denying Defendants' Motion for Extension of Stay of Execution of Judgment; and Granting in Part and Denying in Part Plaintiff's Partially Opposed Motion for Attorney Fees. [ECF 320, entered Aug. 14, 2020].

    2.    With respect to the District Court's pretrial and associated-with-trial rulings, all challenges to which have been preserved, Defendants also are appealing the Final Judgment entered in this matter [ECF 281, entered Sept. 19, 2019] and all prior Orders

of the District Court preceding the Final Judgment including: all rulings of the District Court during and associated with the trial held from September 16, 2019, to September 18, 2019, including the District Court's denial of Defendants' Fed. R. Civ. P. 50 Motions [ECF 273-277, entered from Sept. 16, 2019, to Sept. 19, 2019, and trial transcript]; the District Court's Order Affirming and Adopting the February 27, 2019 Recommendation of United States Magistrate Judge and Denying Defendants' Motion for Summary Judgment [ECF 267, entered Aug. 22, 2019]; and the District Court's Order Adopting in Part and Rejecting in Part the October 25, 2017 Recommendation of United States Magistrate Judge, which denied Defendants' Motion to Dismiss [ECF 51, entered Dec. 5, 2017].

3. The intent of this Notice of Appeal is to designate the Final Judgment, all the prior Orders of the District Court preceding the Final Judgment, and the omnibus Order of the District Court addressing all three substantive post-trial motions [ECF 320], as the orders being appealed by Defendants pursuant to Fed. R. App. P. 3(c)(1)(B).

Dated this 10th day of September, 2020.

Respectfully submitted,

*s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
T:  303-628-3300
F:  303-628-3368
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on the 10th day of September, 2020, I electronically filed the foregoing **DEFENDANTS' NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Kevin D. Homiak, Esq.
kevin@homiaklaw.com

Kristen L. Ferries, Esq.
ferries@wtotrial.com

                                                *s/ Nicole Marion*, Legal Assistant to
                                                Andrew D. Ringel, Esq.
                                                Edmund M. Kennedy, Esq.
                                                HALL & EVANS, L.L.C.
                                                1001 17th Street, Suite 300
                                                Denver, CO 80202
                                                T:  303-628-3300
                                                F:  303-628-3368
                                                ringela@hallevans.com
                                                kennedye@hallevans.com
                                                **ATTORNEYS FOR DEFENDANTS**